IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | ) <br> ) | |
| vs. | ) <br> ) | CASE NO. 1:04CR72 & 1:04CR87 <br> (Financial Litigation Unit) |
| MAJOR FRANK CALCUTT, <br>    Defendant. | ) <br> ) | |
| and | ) <br> ) | |
| CAROLINA FIRST BANK, <br>    Garnishee. | ) <br> ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Writ of Garnishment as to the Garnishee Carolina First Bank filed in this case against the defendant Major Frank Calcutt is **DISMISSED**.

Signed: December 2, 2006

Lacy H. Thornburg
United States District Judge